**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anthony Glenn MILLER, a/k/a**
**"T", Defendant–Appellant.**

No. 01–7866.

United States Court of Appeals,
Fourth Circuit.

Submitted March 15, 2002.

Decided April 2, 2002.

Anthony Glenn Miller, Appellant Pro Se. Michael Francis Joseph, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Anthony Glenn Miller seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Miller,* CR–98–139; CA–01–219–01 (M.D.N.C. Sept. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*